# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0403. PAMELA EVANS v. JOANN WRIGHT.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendant Pamela Evans appealed to the state court. The state court ruled in favor of the plaintiff, JoAnn Wright, and Evans appeals. Wright has filed a motion to dismiss, arguing that Evans was required to file a discretionary application in order to appeal. Evans contends that the motion to dismiss is frivolous and has filed a motion for sanctions.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Evans was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Her failure to do so deprives us of jurisdiction over this appeal. Accordingly, Wright's motion to dismiss is hereby GRANTED, and this appeal is DISMISSED. Evans' motion for sanctions is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/02/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*